400 A.2d 617

John A. Harder, personal representative, and Wayne T. DiCicco, a minor, et al. v. Walter C. Konopka et ux., et al.

Appeal of Walter C. Konopka et ux.

John A. Harder, personal representative, and Wayne T. DiCicco, a minor, et al., Appellants, v. Walter C. Konopka et ux., et al.

Argued December 4, 1978.  Alfred D. Whitman, for appellants Walter C. Konopka et ux, at No. 1135;  and for appellees Walter C. Konopka et ux, at No. 1145;  Joseph Bak, for appellants at No. 1145; and for appellees at No. 1135.   John R. Padova, for appellee Philadelphia Gas Works;  no appearance entered nor brief filed for appellee, Bryant Corporation;  no appearance entered nor brief filed for appellee, R. L. Robinson & Son.

Before CERCONE, HESTER and HOFFMAN, JJ.

Order affirmed.